UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
INDEMNITY INSURANCE COMPANY              :
OF NORTH AMERICA,
                                         :   07 Civ. 4807 (CM)
              Plaintiff,                     **ECF CASE**
                                         :   **RULE 7.1**
      - against -                            <u>**DISCLOSURE STATEMENT**</u>
                                         :
LAKEVILLE MOTOR EXPRESS, INC.;
H & B TRUCK LINE INC.;                   :

              Defendants.                :
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a nongovernmental party discloses that the following are the parent corporations of the party and the publicly held corporations that own 10% or more of the party's stock:

Indemnity Insurance Company of North America is wholly owned (i.e., 100% of stock issued is owned) by INA Holdings Corporation. INA Holdings Corporation is in turn wholly owned by INA Financial Corporation, which is in turn wholly owned by INA Corporation, which is wholly owned by ACE INA Holdings, Inc.  80% of the stock of ACE INA Holdings, Inc. is owned by ACE Prime Holdings, Inc., and the other 20% is owned directly by ACE Limited.  ACE Prime Holdings, Inc. is wholly owned by ACE Limited.


Date:  New York, New York
       June 1, 2007                    *s/David L. Mazaroli*

                                       _____
                                       David L. Mazaroli (DM 3929)
                                       Attorney for Plaintiff
                                       11 Park Place - Suite 1214
                                       New York, New York 10007
                                       Tel.: (212)267-8480
                                       Fax.: (212)732-7352
                                       E-mail: dlm@mazarolilaw.com
                                       File No.: 6G-1323