Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendants
Lakeville Motor Express, Inc.
and H&B Truck Line, Inc.
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | |
|---|---|
| Indemnity Insurance Company of North America, | Case No. 07-Civ-4807 (CM) (GWG) |
| Plaintiff, | |
| -against- | **DEFENDANTS' RULE 7.1 STATEMENT** |
| Lakeville Motor Express, Inc. and H&B Truck Line, Inc., | |
| Defendants. | |

-------------------------------------------------------------X

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Lakeville Motor Express, Inc. and H&B Truck Line, Inc., state the following:

  Lakeville Motor Express, Inc. is a corporation organized under the laws of the State of Minnesota and there is no publicly held corporation that owns 10% or more of its stock.

  H&B Truck Line, Inc. is a corporation organized under the laws of the State of South Dakota and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
August 6, 2007

/s/ <u>Barry N. Gutterman (BG6140)</u>
Barry N. Gutterman & Associates, P.C.
60 East 42nd Street, 46th Floor
New York, NY 10165
(212) 983-1466
Fax: 212-983-1229

Of counsel:

Kalina, Willis, Gisvold & Clark, P.L.L.P.
Michael C. Glover (MN#185401)
Jason E. Engkjer (MN#318814X)
6160 Summit Drive, Suite 560
Minneapolis, MN 55430
(612) 789-9000

Attorneys for Defendants
Lakeville Motor Express, Inc.
and H&B Truck Line, Inc.

To:   David L. Mazaroli (DM-2929)
      11 Park Place – Suite 1214
      New York, New York 10007-2801
      Phone: (212) 267-8480
      Fax: (212) 732-7352
      Attorneys for Plaintiff

7LM2721.7.l Statement