COPY FOR
CHAMBERS

David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA,

    Plaintiff,

 - against -

LAKEVILLE MOTOR EXPRESS, INC.;
H & B TRUCK LINE INC.;

    Defendants.
----------------------------------------x

07 Civ. 4807 (CM)

**STIPULATION & ORDER OF DISCONTINUANCE**

 A settlement agreement having been reached, it is hereby stipulated and agreed that this action is discontinued as to all parties pursuant to Rule 41 (a) (1)(ii) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

 It is further stipulated and agreed that, if the settlement funds are not paid within sixty (60) days of the entry of this order, this action will be restored to the active docket of this Court upon letter application of plaintiff's counsel.

Dated: New York, New York
   October 4, 2007

SO ORDERED: _____
Honorable Colleen McMahon
United States District Judge

07 Civ. 4807 (CM)
Stipulation & Order
of Discontinuance
Page 2

                                  LAW OFFICES,
                                  DAVID L. MAZAROLI

                                _____
                                David L. Mazaroli (DM 3929)
                                Attorney for Plaintiff
                                11 Park Place - Suite 1214
                                New York, New York 10007
                                Tel.: (212)267-8480
                                Fax.: (212)732-7352
                                E-mail: dlm@mazarolilaw.com
                                File No.: 6G-1323

Barry N. Gutterman & Associates, P.C.
Attorneys for Defendants
LAKEVILLE MOTOR EXPRESS, INC.

By_____
Barry N. Gutterman (BNG-6410)
The Lincoln Building
60 East 42nd Street, 46th Floor
New York, New York 10165
Tel. (212)983-1466